1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
4  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
5  (858) 375-7385; (888) 422-5191 fax
6  amandas@potterhandy.com

7  Attorneys for Plaintiff, SCOTT JOHNSON

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10 SCOTT JOHNSON,                          ) Case No.: 5:21-cv-01398-BLF
11        Plaintiff,                       )
                                           )
12    v.                                   ) **NOTICE OF SETTLEMENT AND
                                           ) REQUEST TO VACATE ALL
13 LITTLE SAIGON SAN JOSE, LLC, a          ) CURRENTLY SET DATES**
   California Limited Liability Company,  )
14                                         )
          Defendants,                      )
15                                         )

16    The plaintiff hereby notifies the court that a provisional settlement has been
17 reached in the above-captioned case. The Parties would like to avoid any additional
18 expense while they focus efforts on finalizing the terms of the settlement and reducing it
19 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
20 currently set dates with the expectation that the settlement will be consummated within
21 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
22 as to all parties to be filed.

23                          CENTER FOR DISABILITY ACCESS
24
25 Dated: July 01, 2021         /s/ Amanda Seabock
26                              Amanda Seabock
                                Attorney for Plaintiff
27
28