CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Richard Garcia (State Bar No. 198185)
rgg@manningllp.com
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999
Attorneys for Defendant
Little Saigon San Jose, LLC

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>LITTLE SAIGON SAN JOSE, LLC, a California Limited Liability Company,<br><br>    Defendants. | Case No.: 5:21-cv-01398-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1  Dated: August 10, 2021         CENTER FOR DISABILITY ACCESS

3                                 By:    /s/ Amanda Seabock
                                         Amanda Seabock
4                                        Attorneys for Plaintiff

6  Dated: August 10, 2021         MANNING & KASS ELLROD
                                  RAMIREZ, TRESTER LLP

10                                By:    /s/ Richard Garcia
                                         Richard Garcia
11                                       Attorneys for Defendant
                                         Little Saigon San Jose, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Garcia, counsel for Little Saigon San Jose, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 10, 2021         CENTER FOR DISABILITY ACCESS

                      By:    /s/ Amanda Seabock
                             Amanda Seabock
                             Attorneys for Plaintiff